## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 95-40037-003 |
| ) | |
| ANTHONY L. JONES, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Before the Court is Anthony L. Jones's ("Jones's") Motion for a Modification of an Imposed Term of Imprisonment Pursuant to Title 18 U.S.C. § 3582(c)(2) [Doc. # 286]. In this motion, Jones seeks relief from his sentence based on United States v. Booker, Nos. 04-104 and 04-105, 2005 WL 50108 (U.S. Jan. 12, 2005). The Seventh Circuit has found that Booker does not apply retroactively to criminal cases that became final before its release on January 12, 2005. See McReynolds v. United States, Nos. 04-2520, 04-2632, 04-2844, 2005 WL 237642 (7th Cir. Feb. 2, 2005). Jones's conviction and sentence became final in 1998. Consequently, Jones is not entitled to the relief he requests.

IT IS THEREFORE ORDERED that Jones's Motion for a Modification of an Imposed Term of Imprisonment Pursuant to Title 18 U.S.C. § 3582(c)(2) [Doc. # 286] is DENIED.

Entered this   23rd   day of January, 2006.


                                    s/ Joe B. McDade
                                    JOE BILLY McDADE
                                 United States District Judge